# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIS DANIEL REDMOND,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MARTIN D. BITER, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 15-01522 SJO (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: January 20, 2016

　　　　　　　　　　　　　　　　　　　　　/s/ S. James Otero
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE