# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIS DANIEL REDMOND,<br><br>　　　　　Petitioner,<br>　　v.<br><br>MARTIN D. BITER, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 15-01522 SJO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 20, 2016

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE